# ATTORNEY ADMISSION INFORMATION AND ROUTING FORM

## ATTORNEY AND PRO SE INFORMATION FORM

| | | | |
|---|---|---|---|
| Date | 5/4/2020 | Case No. | 3:20-cv-29-GFVT |
| Deputy | Colleen Dawkins | Prisoner ID | |

Division: Ash [ ] Cov [ ] Fkt [✔] Lex [ ] Lon [ ] Pke [ ] Check here [✔] to request Lexington to check master file

### ENTER DATA IN EITHER ATTORNEY OR PRO SE LITIGANT COLUMN.

**ATTORNEY**

- [ ] Inconsistencies noted
- [ ] Change atty name
- [✔] Add atty/firm address
- [ ] Change atty/firm address
- [ ] Add bar data
- [ ] Change bar data

**PRO SE LITIGANT**

- [ ] Inconsistencies noted
- [ ] Change pro se
- [ ] Add pro se address
- [ ] Change pro se address
- [ ] Add prison address
- [ ] Change prison address

#### Old Information to be Changed

| | | | |
|---|---|---|---|
| Name | | Suite/Room/Floor | |
| Firm or Prison | | City ST Zip | |
| P.O. Box | | Telephone | |
| Street | | Fax or Remarks | |

#### New Information to be Entered

| | | | |
|---|---|---|---|
| Name | Aaron K. Block | Suite/Room/Floor | |
| Firm or Prison | The Block Firm, LLC | City ST Zip | Atlanta, GA 30327 |
| P.O. Box | | Telephone | 404-997-8419 |
| Street | 4200 Northside Parkway NW | Fax or Remarks | |

## ATTORNEY BAR INFORMATION

Please complete to change/add an attorney in database

| | | | | | |
|---|---|---|---|---|---|
| SSN | | Application Date | | Adm Date | DOB |

Fee paid? Yes [ ] No [ ]  Counsel requests to be admitted [ ] by petition [ ] in open court

**Old Information to be Changed**

- [ ] Active
- [ ] Suspended
- [ ] Pro hoc vice - out of state
- [ ] CJA attorney
- [ ] Deceased
- [ ] Not available
- [ ] Disbarred

**New Information to be Entered**

- [ ] Active
- [ ] Suspended
- [ ] Pro hoc vice - out of state
- [ ] CJA attorney
- [ ] Deceased
- [ ] Not available
- [ ] Disbarred

## ATTORNEY ADMISSION DEPUTY USE ONLY

| | | | | |
|---|---|---|---|---|
| [ ] | Date received | | | |
| [✔] | Date forwarded | 5/4/20 scd | Forwarded to | Lexington Clerk |
| [✔] | Date returned | 5/4 km | Returned to | SCD - No record of admission. |
| [ ] | Date entered | | Additional info needed | |
| [ ] | Initials | | | |