# ATTORNEY ADMISSION INFORMATION AND ROUTING FORM

## ATTORNEY AND PRO SE INFORMATION FORM

| | | | |
|---|---|---|---|
| Date | 5/4/2020 | Case No. | 3:20-cv-29-GFVT |
| Deputy | Colleen Dawkins | Prisoner ID | |

Division: Ash [ ]  Cov [ ]  Fkt [✓]  Lex [ ]  Lon [ ]  Pke [ ]  Check here [✓] to request Lexington to check master file

---

### ENTER DATA IN EITHER ATTORNEY OR PRO SE LITIGANT COLUMN.

| ATTORNEY | | PRO SE LITIGANT | |
|---|---|---|---|
| [ ] Inconsistencies noted | [ ] Change atty name | [ ] Inconsistencies noted | [ ] Change pro se |
| [✓] Add atty/firm address | [ ] Change atty/firm address | [ ] Add pro se address | [ ] Change pro se address |
| [ ] Add bar data | [ ] Change bar data | [ ] Add prison address | [ ] Change prison address |

#### Old Information to be Changed

| | | | |
|---|---|---|---|
| Name | | Suite/Room/Floor | |
| Firm or Prison | | City ST Zip | |
| P.O. Box | | Telephone | |
| Street | | Fax or Remarks | |

#### New Information to be Entered

| | | | |
|---|---|---|---|
| Name | Mark A. Gilbert | Suite/Room/Floor | |
| Firm or Prison | Deatherage, Myers & Lackey, PL | City ST Zip | Hopkinsville, KY 42241-1065 |
| P.O. Box | P.O. Box 1065 | Telephone | 270-886-6800 |
| Street | 701 South Main Street | Fax or Remarks | 270-885-7127 |

---

### ATTORNEY BAR INFORMATION

Please complete to change/add an attorney in database

| | | | | | |
|---|---|---|---|---|---|
| SSN | | Application Date | | Adm Date | DOB |

Fee paid? Yes [ ]  No [ ]   Counsel requests to be admitted [ ] by petition  [ ] in open court

| Old Information to be Changed | | New Information to be Entered | |
|---|---|---|---|
| [ ] Active | [ ] Suspended | [ ] Active | [ ] Suspended |
| [ ] Pro hoc vice - out of state | [ ] CJA attorney | [ ] Pro hoc vice - out of state | [ ] CJA attorney |
| [ ] Deceased | [ ] Not available | [ ] Deceased | [ ] Not available |
| [ ] Disbarred | | [ ] Disbarred | |

---

### ATTORNEY ADMISSION DEPUTY USE ONLY

| | | | |
|---|---|---|---|
| [ ] Date received | | | |
| [✓] Date forwarded | 5/4/20 scd | Forwarded to | Lexington Clerk |
| [✓] Date returned | 5/4 km | Returned to | SCD - No record of admission |
| [ ] Date entered | | Additional info needed | |
| [ ] Initials | | | |