# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### FRANKFORT DIVISION

| | |
|---|---|
| ONLINE MERCHANTS GUILD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:20-cv-00029-GFVT |
| ) | |
| DANIEL CAMERON, ) | |
| in his official capacity as ) | |
| ATTORNEY GENERAL OF ) | |
| KENTUCKY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING OF ONLINE MERCHANTS GUILD'S RULE 7.1 DISCLOSURE**

Please take notice that the Plaintiff, by counsel, hereby file the attached Disclosures pursuant to Federal Rule of Civil Procedure 7.1.

No noticed, this 5th day of May, 2020.

    s/ Aaron K. Block
    Aaron K. Block
    The Block Firm, LLC
    Georgia Bar No. 508192*
    404-997-8419
    aaron@blockfirmllc.com
    Counsel for the Online Merchants Guild

    s/ Paul S. Rafelson
    Paul S. Rafelson
    Rafelson Schick, PLLC
    Bar # 16958 (Florida)
    2255 Glades Rd
    Suite 319
    Boca Raton, FL 33431
    (561) 326-6529

/s/ William G. Deatherage Jr.
William G. Deatherage Jr.,
Mark A. Gilbert,
Deatherage, Myers & Lackey, PLLC
701 South Main Street
P.O. Box 1065
Hopkinsville, Kentucky  42241-1065
Telephone:	270-886-6800
Facsimile:	270-885-7127
Email:  mgilbert@dmlfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all other parties by mailing, delivering, emailing, or faxing copies to:  **DANIEL CAMERON**, Office of the Attorney General, 700 Capital Avenue, Suite 118, Frankfort, KY 40601-3449, this 5th day of May, 2020.

/s/ William G. Deatherage Jr.
William G. Deatherage Jr., Esq.
Counsel for Defendant