# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| ONLINE MERCHANTS GUILD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:20-cv-00029-GFVT |
| | ) |
| DANIEL CAMERON, | ) |
| in his official capacity as | ) |
| ATTORNEY GENERAL OF | ) |
| KENTUCKY, | ) |
| | ) |
| Defendant. | ) |

## THE ONLINE MERCHANTS GUILD'S RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Online Merchants Guild hereby states that it has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted this 5th day of May, 2020.

                                                                      s/ Aaron K. Block\
                                                                      Aaron K. Block\
                                                                      The Block Firm, LLC\
                                                                       Georgia Bar No. 508192*\
                                                                       404-997-8419\
                                                                       aaron@blockfirmllc.com\
                                                                       Counsel for the Online Merchants Guild

                                                                      s/ Paul S. Rafelson\
                                                                       Paul S. Rafelson\
                                                                       Rafelson Schick, PLLC\
                                                                       Bar # 16958 (Florida)\
                                                                       2255 Glades Rd\
                                                                       Suite 319\
                                                                       Boca Raton, FL 33431\
                                                                       (561) 326-6529

/s/ William G. Deatherage Jr.
William G. Deatherage Jr.,
Mark A. Gilbert,
Deatherage, Myers & Lackey, PLLC
701 South Main Street
P.O. Box 1065
Hopkinsville, Kentucky  42241-1065
Telephone:    270-886-6800
Facsimile:     270-885-7127
Email:  mgilbert@dmlfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all other parties by mailing, delivering, emailing, or faxing copies to:  **DANIEL CAMERON**, Office of the Attorney General, 700 Capital Avenue, Suite 118, Frankfort, KY 40601-3449, this 5th day of May, 2020.

/s/ William G. Deatherage Jr.
William G. Deatherage Jr., Esq.
Counsel for Defendant