IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| ONLINE MERCHANTS GUILD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:20-cv-00029-GFVT |
| | ) |
| DANIEL CAMERON, in his official capacity as ATTORNEY GENERAL OF KENTUCKY, | ) |
| | ) |
| Defendant. | ) |

**[Proposed] ORDER GRANTING THE ONLINE MERCHANTS GUILD'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

The Court, having considered the Online Merchants Guild's Motion for Temporary Restraining Order and Preliminary Injunction, and having heard from the parties via a telephonic hearing, hereby rules as follows pursuant to Federal Rule of Civil Procedure 65:

1. The Online Merchants Guild has established the requirements for injunctive relief. The Kentucky Attorney General's application of KRS 367.374 and KRS 367.170 to the Online Merchants Guild's members in connection with offers and sales on Amazon violates the dormant Commerce Clause, the First Amendment, the Due Process Clause, and the Equal Protection Clause as set forth in the Guild's brief. The Guild's members are suffering and will continue to suffer irreparable injury—violation of their constitutional rights—absent an injunction. The private and public interest factors weigh in favor of an injunction to preserve the members' constitutional rights and to limit impediments to the interstate online marketplace.

2. The Online Merchants Guild's motion for a temporary restraining order is GRANTED. The Kentucky Attorney General and any agents thereof are enjoined from applying KRS 367.374 and KRS 367.170, including by subpoena, investigation, or prosecution, to the members of the Online Merchants Guild in connection with offers or sales on Amazon. That injunction will last until the Court is able to consider whether to enter a preliminary injunction following full briefing and a hearing.

3. The AG shall file its response to the Online Merchants Guild's motion by _____. The Online Merchants Guild may file a reply brief by _____. Thereafter, the Court will hold a telephonic hearing.

4. This the \_\_ day of May, 2020.

_____
Gregory F. Van Tatenhove
United States District Judge