UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| ONLINE MERCHANTS GUILD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:20-cv-00029-GFVT |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| DANIEL CAMERON, in his official | ) | |
| capacity as Attorney General of Kentucky, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on Plaintiff's Motion for Temporary Restraining Order and request for telephonic hearing. [R. 10.]

Accordingly, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Hearing **[R. 10]** is **GRANTED**;

2. A telephonic hearing shall be held **Thursday, May 14, 2020**, at the hour of **3:00 p.m.**, with Judge Van Tatenhove sitting in Frankfort, Kentucky in open court;

3. To join the teleconference, the parties are **DIRECTED** to call AT&T Teleconferencing at 1-877-336-1280 and enter Access Code 2086161 (followed by #), and, when requested, enter the Security Code 09170 (followed by #); and

4. Plaintiff's counsel **SHALL NOTICE** defense counsel of this Order.

This the 12th day of May, 2020.

Gregory F. Van Tatenhove
United States District Judge