UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

**ONLINE MERCHANTS GUILD,**

   *Plaintiff*,

v.

**DANIEL CAMERON, in his official capacity as ATTORNEY GENERAL OF KENTUCKY**

   *Defendant.*

Case No. 3:20-cv-00029-GFVT

*Electronically Filed*

---

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that J. Christian Lewis, Justin D. Clark, and Matthew Cocanougher enter appearances as counsel of record for Defendant, the Commonwealth of Kentucky, *ex. rel.,* Daniel Cameron, Attorney General, in this action.

Respectfully submitted,

DANIEL CAMERON
ATTORNEY GENERAL

*/s/ Matthew Cocanougher*
J. Christian Lewis (KY Bar No. 87109)
Justin D. Clark (KY Bar No. 89313)
Matthew Cocanougher (KY Bar No. 94292)
Office of Consumer Protection
Kentucky Office of the Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
Tel:     (502) 696-5300
christian.lewis@ky.gov
justind.clark@ky.gov
matthew.cocanougher@ky.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 12, 2020, this Notice of Entry of Appearance was filed electronically through the Court's ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Matthew C. Cocanougher*