IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| ONLINE MERCHANTS GUILD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:20-cv-00029-GFVT |
| | ) |
| DANIEL CAMERON, in his official capacity as ATTORNEY GENERAL OF KENTUCKY, | ) ) ) |
| | ) |
| Defendant. | ) |

## MOTION FOR PRO HAC VICE ADMISSION OF AARON BLOCK

Pursuant to Joint Local Rules of Civil Practice for the United District Courts for the Eastern and Western Districts of Kentucky ("Joint Local Rules") Rule 83.2, Aaron K. Block, moves this Court to appear pro hac vice in this proceeding as counsel for Plaintiff Online Merchants Guild and certifies as follows:

1. Movant is not a member of the Bar of Kentucky.

2. Movant is a member in good standing of the bar of the state of Georgia. A certificate of good standing is attached.

3. Movant has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. Movant is familiar with the Federal Rules of Civil Procedure, the Joint Local Rules, the Federal Rules of Evidence, and the rules governing the professional behavior of the

1

Case: 3:20-cv-00029-GFVT-EBA  Doc #: 13  Filed: 05/12/20  Page: 2 of 3 - Page ID#: 81

members of the Kentucky Bar, and understands that she is subject to the disciplinary jurisdiction of this court.

5. The fee for admission pro hac vice will be electronically paid through CM/ECF.

6. Movant has completed ECF training through the web based tuitorial.

THEREFORE, Movant respectfully requests entry of an order authoring his special admission to practice in this case.

Respectfully submitted this 12th day of May, 2020.

s/ Aaron K. Block
Aaron K. Block
The Block Firm, LLC
Georgia Bar No. 508192*
404-997-8419
aaron@blockfirmllc.com
Counsel for the Online Merchants Guild
*Application for admission *pro hac vice* to be submitted

/s/ William G. Deatherage Jr.
William G. Deatherage Jr.,
Mark A. Gilbert,
Deatherage, Myers & Lackey, PLLC
701 South Main Street
P.O. Box 1065
Hopkinsville, Kentucky  42241-1065
Telephone:    270-886-6800
Facsimile:    270-885-7127
Email:  mgilbert@dmlfirm.com

## Certificate of Service

    I hereby certify that this motion was served on all party's using the Court's CM/ECF system, this 12th day of May, 2020.

                                        /s William G. Deatherage Jr.
                                        William G. Deatherage Jr.,
                                        Mark A. Gilbert,