# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | | |
|---|---|---|
| **ONLINE MERCHANTS GUILD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:20-cv-00029-GFVT |
| | ) | |
| **DANIEL CAMERON, in his official capacity as ATTORNEY GENERAL OF KENTUCKY,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF AARON BLOCK

Pursuant to Joint Local Rule of Civil Practice 83.2, the Court hereby ORDERS that Aaron Block may appear pro hac vice in this proceeding as counsel for Plaintiff Online Merchants Guild.

_____
Gregory F. Van Tatenhove
United States District Judge