# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| ONLINE MERCHANTS GUILD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    No. 3:20-cv-00029-GFVT |
| | ) |
| DANIEL CAMERON, in his official capacity as ATTORNEY GENERAL OF KENTUCKY, | ) ) ) |
| | ) |
|     Defendant. | ) |

## MOTION FOR PRO HAC VICE ADMISSION OF PAUL RAFELSON

Pursuant to Joint Local Rules of Civil Practice for the United District Courts for the Eastern and Western Districts of Kentucky ("Joint Local Rules") Rule 83.2, Paul Rafelson, moves this Court to appear pro hac vice in this proceeding as counsel for Plaintiff Online Merchants Guild and certifies as follows:

1. Movant is not a member of the Bar of Kentucky.

2. Movant is a member in good standing of the bar of the state of Florida.  A certificate of good standing is attached.

3. Movant has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. Movant is familiar with the Federal Rules of Civil Procedure, the Joint Local Rules, the Federal Rules of Evidence, and the rules governing the professional behavior of the

1

members of the Kentucky Bar, and understands that he is subject to the disciplinary jurisdiction of this court.

5.  The fee for admission pro hac vice will be electronically paid through CM/ECF.

6.  Movant has completed ECF training through the web based tutorial.

THEREFORE, Movant respectfully requests entry of an order authoring his special admission to practice in this case.

Respectfully submitted this 12th day of May, 2020.

s/ Paul S. Rafelson\
Paul S. Rafelson\
Rafelson Schick, PLLC\
Bar # 16958 (Florida)\
2255 Glades Rd\
Suite 319\
Boca Raton, FL 33431\
(561) 326-6529

/s/ William G. Deatherage Jr.\
William G. Deatherage Jr.,\
Mark A. Gilbert,\
Deatherage, Myers & Lackey, PLLC\
701 South Main Street\
P.O. Box 1065\
Hopkinsville, Kentucky  42241-1065\
Telephone:    270-886-6800\
Facsimile:    270-885-7127\
Email:  mgilbert@dmlfirm.com

**Certificate of Service**

I hereby certify that this motion was served on all party's using the Court's CM/ECF system, this 12th day of May, 2020.

                                        <u>/s William G. Deatherage Jr.</u>
                                        William G. Deatherage Jr.,
                                        Mark A. Gilbert,