UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION- FRANKFORT
CIVIL MINUTES-GENERAL

CASE NO: 3:20-cv-29-GFVT            AT: Frankfort            DATE: May 14, 2020

Case Style:   Online Merchants Guild v. Cameron

PRESENT:   HON. _____ UNITED STATES DISTRICT JUDGE
                     GREGORY F. VAN TATENHOVE

            Colleen Dawkins                              Sandy Wilder
            Deputy Clerk                                 Court Reporter

       Attorneys Present for Plaintiff:            Attorneys Presents for Defendant:
Aaron K. Block                                J. Christian Lewis
Mark A. Gilbert                               Justin D. Clark
Paul S. Rafelson                              Matthew Coleman Cocanougher
                                              Victor B. Maddox

PROCEEDINGS: **TELEPHONIC MOTION HEARING**

   This matter was held in open court for hearing on Plaintiff's Motion for Preliminary Injunction and Motion for Temporary Restraining Order [R. 10] with counsel present as noted via the telephonic conferencing system. The Court having heard argument of counsel,

   It is ORDERED,

1. Defendant shall file a response to the Motion for Preliminary Injunction [R. 10] by close of business, Tuesday May 19, 2020.

2. Plaintiff shall file a reply to the Motion for Preliminary Injunction [R. 10] by close of business, Wednesday May 20, 2020.

3. The Court will set a subsequent hearing on the Motion for Preliminary Injunction [R. 10] by separate order.

4. The Court DENIED the Motion for Temporary Restraining Order [R. 10] for reasons to be set forth in a separate order.

COPIES TO: COR
Clerk's Initials: scd
TIC: 0/33