UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| ONLINE MERCHANTS GUILD, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> DANIEL CAMERON, in his official ) <br> capacity as Attorney General of Kentucky, ) <br> ) <br> Defendant. ) <br> ) | Civil No. 3:20-cv-00029-GFVT <br><br> **ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Online Merchants Guild has moved the Court for the admission *pro hac vice* of attorney Aaron K. Block. [R. 13.] The Court finds that the movant has tendered the required filing fee and certificate of good standing, and that Mr. Block has consented to the jurisdiction and rules of the Kentucky Supreme Court. Accordingly, pursuant to LR 83.2(a), and the Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1. The Plaintiff's Motion for Admission *Pro Hac Vice* [**R. 13**] is **GRANTED**; and

2. Aaron K. Block is **ADMITTED** *pro hac vice* as counsel for Plaintiff in the above styled action.

This the 15th day of May, 2020.

Gregory F. Van Tatenhove
United States District Judge

2