UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

|  |  |  |
|---|---|---|
| ONLINE MERCHANTS GUILD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:20-cv-00029-GFVT |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| DANIEL CAMERON, in his official capacity as Attorney General of Kentucky, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

Plaintiff Online Merchants Guild has moved the Court for the admission *pro hac vice* of attorney Paul Rafelson. [R. 14.] The Court finds that the movant has tendered the required filing fee and certificate of good standing, and that Mr. Rafelson has consented to the jurisdiction and rules of the Kentucky Supreme Court. Accordingly, pursuant to LR 83.2(a), and the Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1. The Plaintiff's Motion for Admission *Pro Hac Vice* [**R. 14**] is **GRANTED**; and

2. Paul Rafelson is **ADMITTED** *pro hac vice* as counsel for Plaintiff in the above styled action.

This the 15th day of May, 2020.

Gregory F. Van Tatenhove
United States District Judge