CLERK, UNITED STATES DISTRIC[T COURT]
EASTERN DISTRICT OF KEN[TUCKY]
330 W. BROADWAY, ROO[M]
FRANKFORT, KENTUCKY

OFFICIAL BUSINESS

TO:

3:20-cv-00029-GFVT

Aaron K. Block
The Block Firm, LLC
4200 Northside Parkway NW
Atlanta, GA 30327



Eastern District of Kentucky
F I L E D
MAY 18 2020
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

05/14/20
-R-T-S-  303275029-1N
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

$1.40
US POSTAGE
FIRST-CLASS
062S0008751769