IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | | |
|---|---|---|
| ONLINE MERCHANTS GUILD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:20-cv-00029-GFVT |
| | ) | |
| DANIEL CAMERON, | ) | |
| in his official capacity as | ) | |
| ATTORNEY GENERAL OF | ) | |
| KENTUCKY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REQUEST FOR GUIDANCE ON HEARING PROCEDURE**

The Court's May 15, 2020 Order (DE 18) advised that "[i]f both parties agree and request an in-court hearing in lieu of a telephonic hearing, the Court will enter an Order to this effect."

The parties have conferred. Plaintiff respectfully suggests that an in-court hearing would aid the illumination and consideration of the issues. Defendant does not oppose a hearing, but "do[es] not believe it to be an efficient use of the Court's time or resources."

Plaintiff's counsel remains willing to travel to Frankfort, and respectfully requests the Court's guidance on whether the Court prefers to hold an in-person hearing, so that counsel may make travel arrangements.

Dated, this 19th day of May, 2020.

s/ Aaron K. Block
Aaron K. Block
The Block Firm, LLC
Georgia Bar No. 508192*
404-997-8419
aaron@blockfirmllc.com
Counsel for the Online Merchants Guild

        s/ Paul S. Rafelson
Paul S. Rafelson
Rafelson Schick, PLLC
Bar # 16958 (Florida)
2255 Glades Rd
Suite 319
Boca Raton, FL 33431
(561) 326-6529


/s/ William G. Deatherage Jr.
William G. Deatherage Jr.
Mark A. Gilbert
Deatherage, Myers & Lackey, PLLC
701 South Main Street
P.O. Box 1065
Hopkinsville, Kentucky  42241-1065
Telephone:	270-886-6800
Facsimile:	270-885-7127
Email:  mgilbert@dmlfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all other parties party's using the Court's CM/ECF system, this 19th day of May, 2020.

/s/ William G. Deatherage Jr.
William G. Deatherage Jr.
Mark A. Gilbert
Counsel for Defendant