UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

*Electronically filed*

| | |
|---|---|
| ONLINE MERCHANTS GUILD, | |
| *Plaintiff* | |
| v. | Civil Action No. 3:20-cv-00029 |
| | Judge Gregory F. Van Tatenhove |
| DANIEL CAMERON, in his official capacity as ATTORNEY GENERAL OF KENTUCKY, | |
| *Defendant* | |

## ATTORNEY GENERAL'S
## MOTION TO EXCEED PAGE LIMIT

Defendant, Commonwealth of Kentucky *ex rel.* Daniel Cameron, in his official capacity as Attorney General of Kentucky, respectfully moves this Court for leave to exceed the page limit requirements of Local Rule 7.1(d) in its Response to Plaintiff's Motion for Preliminary Injunction.

Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction makes a number of different constitutional arguments and includes a 14 page declaration from Plaintiff's counsel, all of which must be addressed in the Attorney General's Response. As such, the Attorney General respectfully requests leave to exceed the page limit requirements of Local Rule 7.1(d) in order to fully address each of Plaintiff's claims.

Respectfully submitted,

*/s/ Justin D. Clark*
_____

Victor B. Maddox (KY Bar No. 43095)
*Assistant Deputy Attorney General*
J. Christian Lewis (KY Bar No. 87109)
Justin D. Clark (KY Bar No. 89313)
Matthew Cocanougher (KY Bar No. 94292)
*Office of Consumer Protection*
Kentucky Office of the Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
Tel:     (502) 696-5300
victor.maddox@ky.gov
christian.lewis@ky.gov
justind.clark@ky.gov
matthew.cocanougher@ky.gov

*Counsel for Attorney General Daniel Cameron*

## CERTIFICATE OF SERVICE

I certify that on May 19, 2020, this document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

*/s/ Justin D. Clark*
_____
*Counsel for Attorney General Daniel Cameron*

2