UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

*Electronically filed*

| | |
|---|---|
| ONLINE MERCHANTS GUILD, <br><br> *Plaintiff* <br><br> v. <br><br> DANIEL CAMERON, in his official capacity as ATTORNEY GENERAL OF KENTUCKY, <br><br> *Defendant* | Civil Action No. 3:20-cv-00029 <br> Judge Gregory F. Van Tatenhove |

## DECLARATION OF MATTHEW COCANOUGHER IN SUPPORT OF THE ATTORNEY GENERAL'S RESPONSE TO ONLINE MERCHANTS GUILD'S MOTION FOR PRELIMINARY INJUNCTION

1. My name is Matthew Cocanougher. I am competent to testify to the facts described below, and I have personal knowledge of these facts.

2. I am currently employed as an Assistant Attorney General in the Office of Consumer Protection. In this position, I am familiar with the office's use of Civil Investigative Demands ("CID") and subpoenas related to price gouging allegations under KRS 367.240.

3. As of May 18, 2020, the Office of the Attorney General has received 3,991 complaints from consumers regarding allegations of price gouging. It has also received information from other sources regarding potential price gouging.

4. In light of this information, the Office of the Attorney General has issued a number of CIDs and subpoenas to various businesses.

5. Each of these CIDs and subpoenas was sent to a business or individual operating in Kentucky.

6. The Office of the Attorney General received information from Amazon.com, Inc. ("Amazon") regarding certain Kentucky-based resellers. Specifically, the Office received information on the prices of essential emergency medical supplies, including hand sanitizer and respirator masks.

7. The information received from Amazon showed price increases from 79% to 1,951% based on the average selling price of the various items.

8. After receiving this information, the Attorney General issued CIDs and subpoenas to the identified resellers.

9. In each case involving an Amazon reseller, the Office of the Attorney General sent the CIDs and subpoenas only to Kentucky-based resellers.

10. Because the investigations underway in the Office of the Attorney General are in their preliminary stages, the Office has not initiated any action to compel compliance with any of the CIDs or subpoenas.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 19, 2020.

*/s/ Matthew Cocanougher*
MATTHEW COCANOUGHER