UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

*Electronically filed*

| | |
|---|---|
| ONLINE MERCHANTS GUILD, | |
| *Plaintiff* | |
| v. | Civil Action No. 3:20-cv-00029 |
| DANIEL CAMERON, in his official capacity as ATTORNEY GENERAL OF KENTUCKY, | Judge Gregory F. Van Tatenhove |
| *Defendant* | |

## ORDER

Upon motion of Defendant, Commonwealth of Kentucky *ex rel.* Daniel Cameron, in his official capacity as Attorney General of Kentucky, to exceed the page limits of Local Rule 7.1(d); the parties and the Court being sufficiently advised:

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Exceed Page Limit is **GRANTED**.

**DATED:** _____.

_____
**GREGORY F. VAN TATENHOVE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY**