

COMMONWEALTH OF KENTUCKY
OFFICE OF THE ATTORNEY GENERAL

DANIEL CAMERON
ATTORNEY GENERAL

1024 CAPITAL CENTER DRIVE
SUITE 200
FRANKFORT, KY 40601

March 25, 2020

VIA HAND DELIVERY

Jones & Panda, LLC
1535 Summerhill Drive
Lexington, KY 40515-5849

c/o Registered Agent
Sarah Elizabeth Jones
1535 Summerhill Drive
Lexington, KY 40515-5849

Re: Investigation of Price Gouging Complaints

Dear Sir or Madam:

In response to a confirmed case of the novel coronavirus in Kentucky, Governor Beshear issued an Executive Order on March 6, 2020, declaring a state of emergency in the Commonwealth and activating the Commonwealth's price-gouging laws set forth in Kentucky Revised Statutes (KRS) 367.372 to 367.368 (the Act). The activation of the Act was just recently renewed through the Governor's March 20, 2020 Executive Order. A copy of the March 20, 2020 Executive Order and the price gouging statute are enclosed herein.

The Kentucky Office of the Attorney General (KOAG) has received information from Amazon relating to the prices charged, during the ongoing state of emergency for respirators and hand sanitizers offered for sale on its platform by a third-party seller identified as A9DC8NLML6D8C, with a store front name of Jones & Panda. This letter is to inform you that the KOAG is opening an investigation into this information. To the extent your current pricing practices are in violation of the aforementioned statute, you are hereby directed to immediately cease and desist from such violations.

In furtherance of its investigation, the KOAG is serving you with the enclosed Subpoena and Civil Investigative Demand. I look forward to receiving your responses as set forth in this document. In the meantime, please feel free to contact me should you have any questions or wish to discuss this matter.

March 25, 2020
Page 2

Sincerely,

Matthew C. Cocanougher
Assistant Attorney General

Encl.