

COMMONWEALTH OF KENTUCKY
OFFICE OF THE ATTORNEY GENERAL

DANIEL CAMERON
ATTORNEY GENERAL

1024 CAPITAL CENTER DRIVE
SUITE 200
FRANKFORT, KY 40601

## SUBPOENA AND CIVIL INVESTIGATIVE DEMAND
## IN RE INVESTIGATION OF:

**Complaints of Price Gouging**

**TO:** Jones & Panda, LLC
1535 Summerhill Drive
Lexington, KY 40515-5849

**SERVE:** Sarah Elizabeth Jones
Registered Agent
1535 Summerhill Drive
Lexington, KY 40515-5849

Pursuant to the authority granted in KRS 367.240, 367.250, and 367.372 to 376.378, the Attorney General of Kentucky, having reason to believe that a person has engaged in, is engaging in, or is about to engage in any act or practice declared to be unlawful by KRS 367.110 to 367.300, or 367.372 to 376.378, and that it is in the public interest that an investigation should be made, hereby executes this Subpoena and Investigative Demand, as follows:

____ That you furnish, under oath or affirmation, a report in writing setting forth the relevant facts and circumstances of which you have knowledge.

____ That you personally appear and testify at the following location on the following date and time: _____

__X__ That, under oath or affirmation, you answer the following requests and produce the following documents at the time and place above or, if blank, then by emailing them together with a completed sworn statement of authenticity and completeness of documents, by no later than, **April 15, 2020** to: Matthew.Cocanougher@ky.gov

**Failure to comply with this Subpoena and Investigative Demand may result in legal action pursuant to KRS 367.290. Intentional concealment, falsification or destruction of documents may be punishable as a class A misdemeanor under KRS 367.990(3). It is a class D felony to intentionally destroy, mutilate, conceal, remove, alter, or fabricate physical evidence believing that an official proceeding may be pending or instituted, pursuant to KRS 524.100.**

Date Issued: March 25, 2020

DANIEL CAMERON  
ATTORNEY GENERAL

By: _/s/ signature_  
Matthew C. Cocanougher  
Assistant Attorney General  
Office of Consumer Protection  
1024 Capital Center Drive, Suite 200  
Frankfort, KY 40601  
(502) 696-5446  
Matthew.Cocanougher@ky.gov

Served via:  ____ 1. Certified mail, return receipt requested.  
　　　　　　　 _X_ 2. Personal delivery  
　　　　　　　 ____ 3. Fax

　　　　　Date _____  
　　　　　By   _____  
　　　　　Title _____

## ATTACHMENT TO SUBPOENA AND CIVIL INVESTIGATIVE DEMAND

### INSTRUCTIONS AND DEFINITIONS

### DEFINITIONS

"You" refers to the individual or entity identified on the Amazon platform as seller A9DC8NLML6D8C, and any person acting on behalf of such person or entity making decisions regarding the pricing matters discussed herein.

"Document" refers to any record of information of any type, including written, electronic, graphic, handwritten, etc. It includes but is not limited to invoices, receipts, notes, email and correspondence.

"Identify" with respect to a person or company means to list name of contact person, name of company, address and phone number. With respect to a document, "identify" means to list the date, title, type (letter, email, invoice, etc.), author and recipients. For documents that are provided to the Attorney General's office with your responses, and indicated as responsive to a specific numbered question, you do not need to list all the identifying information.

### INSTRUCTIONS

a. Answer each request separately and fully in writing and under oath.

b. As a convenience, defined terms may be capitalized and/or in bold font, but the presence or absence of capitalization or bold font does not alter or reduce the meaning of such terms.

c. In answering the requests, furnish all information or documents known by You, or available to You, or in Your possession, direction, custody or control, regardless of how the information was obtained or whether such information is hearsay or otherwise admissible evidence.

d. Exercise due diligence in answering each request and securing all information with which to answer each request. If You cannot answer a request fully and completely after exercising due diligence, then answer the request to the extent possible, specifying the basis for Your inability to answer the remainder and detailing Your attempts to secure the unknown information.

e. A request that seeks information contained in whole or in part within a document, or that seeks the identification of any document, may be answered by furnishing a copy of such document, identifying the document and specifying the portion(s) of the document containing the requested information.

f. All answers should include attachments of as many pages as are necessary to fully and completely respond, and should be identified by the number corresponding to each request as set forth below.

g.  All requests relate to all employees, agents, representatives, successors, assigns, principals, officers and directors, jointly and severally, while acting personally, or through the corporation or any other business entity or form, whose acts, practices, or policies are directed, formulated or controlled by You.

## REQUESTS

1. Identify, by day and each specific product, the price you charged for hand sanitizers and respirators, offered for resale on the Amazon sales platform from February 15, 2020 through March 25, 2020.

2. State the basis behind every price change you made to hand sanitizers and respirators, offered for resale on the Amazon sales platform from February 15, 2020 through March 25, 2020. For each price increase that you contend was related to an increase in your cost, describe the nature of such increase, and identify all documents that substantiate your claim.

3. Produce all documents relating to your purchases and sales of hand sanitizers and respirators, offered for resale on the Amazon sales platform from February 15, 2020 through March 25, 2020.

4. Produce all documents relating to the supply and demand of hand sanitizers and respirators, offered for resale on the Amazon sales platform from February 15, 2020 through March 25, 2020, including correspondence, recordkeeping and any sources you relied on in making pricing decisions during that period.

5. Produce all documents relating to the retail prices you charged for hand sanitizers and respirators, offered for resale on the Amazon sales platform from February 15, 2020 through March 25, 2020, including any documents upon which you rely to justify any price increases that may have occurred.

6. For each sale you made of hand sanitizers and respirators through the Amazon sales

platform from February 15, 2020 through March 25, 2020, identify for each specific product: (a) the date of the sale; (b) the name, residence/location, and contact information of each buyer of such product; and (c) the total cost paid by the buyer for each transaction, broken down by individual components.

7. Produce all documents relating to each sale you made of hand sanitizers and respirators through the Amazon sales platform from February 15, 2020 through March 25, 2020, which identify, for each specific product: (a) the date of the sale; (b) the name, residence/location, and contact information of each buyer of such product; and (c) the total cost paid by the buyer for each transaction, broken down by individual components.

8. Produce all documents you identified in your responses to the questions above.

**There is a continuing obligation to disclose pursuant to this CID.**

STATE OF _____ )
COUNTY OF _____ )

I, _____ declare under oath, subject to the penalty of perjury, that the foregoing statements are true, to my knowledge or belief.

Signature:_____

Subscribed, sworn to and acknowledged before me by _____ (name), _____ (title), on behalf of _____, on _____, ____.

My Commission expires: _____.

Signature:_____
Print Name:_____
Title: _____



**ANDY BESHEAR**
GOVERNOR

## EXECUTIVE ORDER

**Secretary of State**
Frankfort
Kentucky

2020-245
March 20, 2020

### STATE OF EMERGENCY RELATING TO
### THE PROHIBITION AGAINST PRICE GOUGING

**WHEREAS,** on March 6, 2020, a case of the novel coronavirus (COVID-19) was confirmed in the Commonwealth; and

**WHEREAS,** this condition continues to endanger public health and safety; and

**WHEREAS,** state and local governments share responsibility for protection of public health, safety, and security and for taking appropriate actions to ensure the provision of essential public services; and

**WHEREAS,** I, Andy Beshear, Governor of the Commonwealth of Kentucky, by virtue of the authority vested in me by the Constitution of the Commonwealth of Kentucky and by Chapter 39A of the Kentucky Revised Statutes, did on March 6, 2020, declare by Executive Order 2020-215 that a State of Emergency exists in the Commonwealth of Kentucky effective March 6, 2020; and

**WHEREAS,** I, Andy Beshear, Governor of the Commonwealth of Kentucky, by virtue of the authority vested in me by the Constitution of the Commonwealth of Kentucky and Chapter 367 of the Kentucky Revised Statutes, did on March 7, 2020, declare by Executive Order 2020-216 that a State of Emergency exists in the Commonwealth of Kentucky and implemented the provisions of KRS 367.372, *et seq.*, as to the sale of goods and services, to prohibit price gouging; and

**WHEREAS,** as the State of Emergency continues in the Commonwealth, I am empowered by the Constitution of the Commonwealth of Kentucky and Chapter 367 of the Kentucky Revised Statutes to continue to implement certain provisions of law aimed toward protecting Kentucky Consumers:

**NOW, THEREFORE,** I, Andy Beshear, Governor of the Commonwealth of Kentucky, by virtue of the authority vested in me by the Constitution of the Commonwealth



**ANDY BESHEAR**
GOVERNOR

## EXECUTIVE ORDER

**Secretary of State**
Frankfort
Kentucky

2020-245
March 20, 2020

of Kentucky and Chapter 367 of the Kentucky Revised Statutes, do hereby renew the implementation of the provisions of KRS 367.372, *et seq.*, as to the sale of goods and services, and do hereby Order and Direct that:

1. No person, within the meaning of KRS 446.010, shall sell or offer to sell any good or service delineated in KRS 367.374(1)(b) at a price grossly in excess of the price prior to the declaration by Executive Order 2020-215 on March 6, 2020, that a Statewide State of Emergency exists in the Commonwealth of Kentucky.

2. The foregoing is subject to the qualifications and limitations set forth otherwise in KRS 367.372, *et seq.*, with regard to increased cost to sellers *inter alia*.

3. Any person who violates the provisions of KRS 367.372, *et seq.*, as implemented by this Order, shall be subject to the penalties set forth in KRS 367.378 or other applicable law.

4. Upon the effective date of this renewal, the Division of Emergency Management shall immediately notify the public and those registered with the Division for the purpose of receiving notice of the implementation, renewal, or termination of the provision of this Order relating to KRS 367.374. The Division shall notify the public by any means available, including the Division's Web site, news media, and electronic mail. Any person or trade association may register with the Division for the purpose of receiving notification.

This Order shall be effective upon the expiration of Executive Order 2020-216 on March 22, 2020. This Order shall be in effect for the duration of the State of Emergency herein referenced, but shall expire after 15 days from the effective date and notice of implementation and shall be subject to renewal thereafter, subject to applicable law, if necessary to protect the lives, property, or welfare of the citizens of the Commonwealth of Kentucky

ANDY BESHEAR, Governor
Commonwealth of Kentucky

MICHAEL G. ADAMS
Secretary of State