NITED STATES DISTRICT COURT
RN DISTRICT OF KENTUCKY
W. BROADWAY, ROOM 313
NKFORT, KENTUCKY 40601

OFFICIAL BUSINESS

LEXINGTON
KY 405
15 MAY '20
PM 3 L

Eastern District of Kentucky
FILED
MAY 26 2020
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT



$0.50
US POSTAGE
FIRST-CLASS
062S0008751769
40601

3:20cv29 R. 15

Aaron K. Block
The Block Firm, LLC
4200 Northside Parkway NW
Atlanta, GA 30327

NIXIE         300   DE 1        0005/20/20
              RETURN TO SENDER
              INSUFFICIENT ADDRESS
              UNABLE TO FORWARD
BC: 40601199399    *2570-08080-15-40