UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION- FRANKFORT
CIVIL MINUTES-GENERAL

CASE NO: 3:20-cv-29-GFVT      AT: Frankfort     DATE: May 21, 2020

Case Style:    Online Merchants Guild v. Cameron

PRESENT:     HON. _____ UNITED STATES DISTRICT JUDGE
                         GREGORY F. VAN TATENHOVE

| Colleen Dawkins | Sandy Wilder |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Presents for Defendant: |
|---|---|
| Aaron K. Block | J. Christian Lewis |
| Mark A. Gilbert | Justin D. Clark |
| Paul S. Rafelson | Matthew Coleman Cocanougher |
| | Victor B. Maddox |

PROCEEDINGS: **TELEPHONIC MOTION HEARING**

     This matter was held in open court for hearing on Plaintiff's Motion for Preliminary Injunction [R. 10] with counsel present as noted via the telephonic conferencing system. The Court having heard argument of counsel, takes the motion under advisement. A separate order shall issue.

COPIES TO: COR
Clerk's Initials: scd
TIC: 1/08