CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
330 W. BROADWAY, ROOM 313
FRANKFORT, KENTUCKY 40601

OFFICIAL BUSINESS

LEXINGTON
KY 405
18 MAY 20
PM 3 L

Eastern District of Kentucky
F I L E D

MAY 29 2020

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT



$0.50
US POSTAGE
FIRST-CLASS
062S0008751769
40601

Paul S. Rafelson
Rafelson Schick, PLLC
2244 Glades Road
Suite 319
Boca Raton, FL 33431

NIXIE   331   FE 1   0005/24/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 40601199399   *2570-07370-18-45