CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
330 W. BROADWAY, ROOM 313
FRANKFORT, KENTUCKY 40601

OFFICIAL BUSINESS

LEXINGTON KY 405

18 MAY 2020 PM 3 L

Eastern District of Kentucky
FILED
MAY 29 2020
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Paul S. Rafelson
Rafelson Schick, PLLC
2244 Glades Road
Suite 319
Boca Raton, FL 33431

NIXIE    331   FE 1      0005/24/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD