CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
330 W. BROADWAY, ROOM 313
FRANKFORT, KENTUCKY 40601

OFFICIAL BUSINESS

3:20cv29 de 18

Aaron K. Block
The Block Firm, LLC
4200 Northside Parkway NW
Atlanta, GA 30327

LEXINGTON
KY 425
18 MAY '20
PM 3 L

Eastern District of Kentucky
FILED

JUN - 1 2020

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

NIXIE   300  FE 1   0005/28/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 40601199399   *2570-07487-18-45



$0.50
US POSTAGE
FIRST-CLASS
062S0008751769
40601