# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | | |
|---|---|---|
| **ONLINE MERCHANTS GUILD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:20-cv-00029-GFVT |
| | ) | |
| **DANIEL CAMERON,** | ) | |
| in his official capacity as | ) | |
| ATTORNEY GENERAL OF | ) | |
| KENTUCKY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that Plaintiff Online Merchant Guild's counsel Aaron Block's address is:

Aaron K. Block
The Block Firm
4200 Northside Parkway NW, Building One, Suite 200
Atlanta, Georgia 30327

So noticed, this 3rd day of June, 2020.

                                                  s/ Aaron K. Block_____
                                                  Aaron K. Block
                                                  The Block Firm, LLC
                                                  Georgia Bar No. 508192*
                                                  404-997-8419
                                                  aaron@blockfirmllc.com
                                                  Counsel for the Online Merchants Guild

/s/ William G. Deatherage Jr.
William G. Deatherage Jr.
Mark A. Gilbert
Deatherage, Myers & Lackey, PLLC
701 South Main Street
P.O. Box 1065
Hopkinsville, Kentucky  42241-1065
Telephone:    270-886-6800
Facsimile:     270-885-7127
Email:  mgilbert@dmlfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all other parties party's using the Court's CM/ECF system, this 3rd day of June, 2020.

/s/ William G. Deatherage Jr.
William G. Deatherage Jr.
Mark A. Gilbert
Counsel for Defendant