UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

|  |  |  |
|---|---|---|
| ONLINE MERCHANTS GUILD, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 3:20-cv-00029-GFVT |
| v. | ) ) ) | **ORDER** |
| DANIEL CAMERON, in his official capacity as Attorney General of Kentucky, | ) ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On May 15, 2020, the Court denied Plaintiff Online Merchant Guild's Motion for Temporary Restraining Order. [R. 10.] The parties have since submitted additional briefing on the motion for preliminary injunction and participated in oral argument on the matter. In the parties' additional briefing, and at the recent hearing, both noted the existence of a closely related state court matter currently pending in Fayette Circuit Court involving a now-member of Merchants Guild, Jones & Panda, LLC.[1] That said, neither party addressed abstention in their briefing and abstention's potential applicability was only mentioned in passing by the Attorney General during the recent hearing. Further, the Court is unaware of the recent developments, if any, in the state court matter following the filing of the Attorney General's response in that matter, filed on May 5, 2020. [*See* R. 22-5.]

On further review, the Court finds that supplemental briefing is necessary. The parties are directed to specifically address the following matters: (i) the status of the Jones & Panda state

---

[1] Merchants Guild attached to its reply brief the state court complaint filed by Jones & Panda, along with the Attorney General's response and emergency motion to enforce. [R. 22-1; R. 22-5.]

court litigation, including any information related to the timeline for adjudication in that matter; (ii) their respective views as to the applicability of *Younger* abstention in the present matter; and (iii) any other pertinent information or argument related to the state court litigation and its impact on the present case. Accordingly, it is hereby **ORDERED** that the parties are **DIRECTED** to file supplemental simultaneous briefs by the close of business on **Tuesday, June 9, 2020**, consistent with the above directives.

This the 3d day of June, 2020.

Gregory F. Van Tatenhove
United States District Judge