CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
330 W. BROADWAY, ROOM 313
FRANKFORT, KENTUCKY 40601

OFFICIAL BUSINESS

Eastern District of Kentucky
FILED
JUN -9 2020
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT



$0.50
US POSTAGE
FIRST-CLASS
062S0008751769
40601

Paul S. Rafelson
Rafelson Schick, PLLC
2244 Glades Road
Suite 319
Boca Raton, FL 33431

NIXIE    331  DE 1         0006/05/20
              RETURN TO SENDER
              INSUFFICIENT ADDRESS
              UNABLE TO FORWARD

BC: 40601199399    *0170-03209-28-44

