**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

| | | |
|---|---|---|
| **ONLINE MERCHANTS GUILD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 3:20-cv-00029-GFVT** |
| | ) | |
| **DANIEL CAMERON,** | ) | |
| **in his official capacity as** | ) | |
| **ATTORNEY GENERAL OF** | ) | |
| **KENTUCKY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**NOTICE OF CHANGE OF ADDRESS**

---

Notice is hereby given that Plaintiff Online Merchant Guild's counsel Paul S. Rafelson's

address is:

Paul S. Rafelson
Rafelson Schick, PLLC
2255 Glades Road
Suite 319
Boca Raton, FL 33431
561-326-6529

So noticed, this 9th day of June, 2020.

s/ Paul S. Rafelson
Paul S. Rafelson
Rafelson Schick, PLLC
Bar # 16958 (Florida)
2255 Glades Rd
Suite 319
Boca Raton, FL 33431
(561) 326-6529
Counsel for the Online Merchants Guild

/s/ William G. Deatherage Jr.
William G. Deatherage Jr.
Mark A. Gilbert
Deatherage, Myers & Lackey, PLLC
701 South Main Street
P.O. Box 1065
Hopkinsville, Kentucky  42241-1065
Telephone:     270-886-6800
Facsimile:     270-885-7127
Email:  mgilbert@dmlfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all other parties party's using the Court's CM/ECF system, this 9th day of June, 2020.

/s/ William G. Deatherage Jr.
William G. Deatherage Jr.
Mark A. Gilbert
Counsel for Defendant