IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| ONLINE MERCHANTS GUILD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   No. 3:20-cv-00029-GFVT |
| | ) |
| DANIEL CAMERON, in his official | ) |
| capacity as ATTORNEY GENERAL | ) |
| OF KENTUCKY, | ) |
| | ) |
|     Defendant. | ) |

**ONLINE MERCHANTS GUILD'S NOTICE OF SUPPLEMENTAL AUTHORITY AND REQUEST FOR JUDICIAL NOTICE**

The Online Merchants Guild wishes to bring to the Court's attention a recent news article: "Amazon Price-Gouging Crackdown Worsened Shortage of Sanitizer, Wipes," *Bloomberg*, https://www.bloomberg.com/news/articles/2020-06-11/amazon-price-gouging-crackdown-worsened-shortage-of-sanitizer-wipes (June 11, 2020). The article describes how third-party merchants on Amazon, concerned about exposure to ambiguous and conflicting state price-gouging laws (as well as exposure to certain Amazon policies), withdrew from participation in the online interstate marketplace, leading to shortages of goods.

The Online Merchants Guild respectfully requests that the Court take judicial notice of this article, which corroborates the Guild's evidence that application of state price-control statutes like Kentucky's to online merchants is interfering with interstate commerce and causing actual harm to consumers. The article further highlights why transparent and uniform regulation of Amazon, rather than what thirty-three state attorneys general previously called "whack-a-mole" targeting of

individual merchants,[1] is necessary to address pricing in Amazon's store. So long as efforts like the Kentucky AG's continue, the Online Merchants Guild and its members will continue to suffer irreparable injury. So will the interstate market and consumers who depend on that market.

In the interest of disclosure, the Online Merchants Guild notes that the *Bloomberg* reporter contacted the Guild as the story was in preparation. The Guild provided an update on this matter, which appears in the article.

Respectfully submitted this 15th day of June, 2020.

    s/ Aaron K. Block
    Aaron K. Block
    The Block Firm, LLC
    Georgia Bar No. 508192*
    404-997-8419
    aaron@blockfirmllc.com
    Counsel for the Online Merchants Guild
    *Admitted *pro hac vice*

    s/ Paul S. Rafelson
    Paul S. Rafelson
    Rafelson Schick, PLLC
    Bar # 16958 (Florida)
    2255 Glades Rd
    Suite 319
    Boca Raton, FL 33431
    (561) 326-6529

    /s/ Mark A. Gilbert
    Mark A. Gilbert
    Deatherage, Myers & Lackey, PLLC
    701 South Main Street
    P.O. Box 1065
    Hopkinsville, Kentucky  42241-1065
    Telephone:    270-886-6800
    Facsimile:    270-885-7127
    Email:  mgilbert@dmlfirm.com

---

[1] *See* March 25, 2020 Ltr. from Attorneys General to Jeff Bezos, https://www.attorneygeneral.gov/wp-content/uploads/2020/03/Amazon.pdf (cited in the Online Merchants Guild's opening brief, R. 10, at 5).

**Certificate of Service**

I hereby certify that I served the foregoing using the Court's CM/ECF system, this 15th day of June, 2020.

/s/ Mark A. Gilbert
Mark A. Gilbert