UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

*Electronically filed*

| | |
|---|---|
| ONLINE MERCHANTS GUILD,<br><br>    *Plaintiff*<br><br>v.<br><br>DANIEL CAMERON, in his official capacity as ATTORNEY GENERAL OF KENTUCKY,<br><br>    *Defendant* | Civil Action No. 3:20-cv-00029<br>Judge Gregory F. Van Tatenhove |

## NOTICE OF APPEAL

Notice is given that Daniel Cameron, in his official capacity as Attorney General of Kentucky, appeals to the United States Court of Appeals for the Sixth Circuit from the Court's June 23, 2020 Memorandum Opinion and Order (R. Doc. 36) granting the Plaintiff's motion for a preliminary injunction.

Respectfully submitted,

***/s/ Justin D. Clark***

---
Victor B. Maddox (KY Bar No. 43095)
*Assistant Deputy Attorney General*
J. Christian Lewis (KY Bar No. 87109)
Justin D. Clark (KY Bar No. 89313)
Matthew Cocanougher (KY Bar No. 94292)
*Office of Consumer Protection*
Office of the Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601

Tel: (502) 696-5300
victor.maddox@ky.gov
christian.lewis@ky.gov
justind.clark@ky.gov
matthew.cocanougher@ky.gov

*Counsel for Attorney General Daniel Cameron*

## CERTIFICATE OF SERVICE

I certify that on June 29, 2020, this document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

*/s/ Justin D. Clark*
_____
Justin D. Clark

*Counsel for Attorney General Daniel Cameron*