# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 29, 2020

Mr. Mark A. Gilbert
Deatherage, Myers & Lackey
P.O. Box 1065
Hopkinsville, KY 42240

Mr. Victor B. Maddox
Office of Attorney General
Kentucky
700 Capital Avenue
Suite 118
Frankfort, KY 40601

             Re:  Case No. 20-5723, *Online Merchants Guild v. Daniel Cameron*
                  Originating Case No. : 3:20-cv-00029

Dear Counsel,

   This appeal has been docketed as case number **20-5723** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **July 13, 2020**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

                Appellant:    Appearance of Counsel
                              Civil Appeal Statement of Parties & Issues

|           | Disclosure of Corporate Affiliations |
|-----------|--------------------------------------|
|           | Application for Admission to 6th Circuit Bar (if applicable) |

Appellee:
Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

        Sincerely yours,

        s/Jill E Colyer
        Case Manager
        Direct Dial No. 513-564-7024

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 20-5723

ONLINE MERCHANTS GUILD

    Plaintiff - Appellee

v.

DANIEL J. CAMERON, In his official capacity as Attorney General of Kentucky

    Defendant - Appellant