CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
330 W. BROADWAY, ROOM 313
FRANKFORT, KENTUCKY 40601

OFFICIAL BUSINESS

Eastern District of Kentucky
FILED
JUL 01 2020
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

$0.50
US POSTAGE
FIRST-CLASS
062S0008751769
40601



Aaron K. Block
The Block Firm
4200 Northside Parkway NW
Building One, Suite 200
Atlanta, GA 30327

NIXIE   300   FE 1         0006/18/20
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD