UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

*Electronically filed*

ONLINE MERCHANTS GUILD,

    *Plaintiff*

v.

DANIEL CAMERON, in his official capacity as ATTORNEY GENERAL OF KENTUCKY,

    *Defendant*

Civil Action No. 3:20-cv-00029
Judge Gregory F. Van Tatenhove

# REPORT OF THE PARTIES' PLANNING MEETING

1. The following persons participated in a Rule 26(f) conference on April 15, 2021 by telephone:

   Aaron K. Block representing the Plaintiff Online Merchants Guild.

   J. Christian Lewis, Matthew Cocanougher, and Philip R. Heleringer, representing the Defendant Daniel Cameron in his official capacity as the Attorney General of Kentucky.

2. **Initial Disclosures**. The parties have completed the initial disclosures required by Rule 26(a)(1).

3. **Discovery Plan**. The parties propose this discovery plan (while reserving the right to address the specific parameters of the following topics in the normal course):

   (a) Discovery will be needed on these subjects:

       (1) the relationship between the Guild and its members, including but not limited to the Guild's current and historical services provided to its members and the Guild's expenditures associated with those services;

       (2) the relationship between the Guild's members and Amazon, including but not limited to data on sales (and offers of sales) of goods members have made through Amazon and the manner in which goods are listed for sale and for what price;

       (3) the sales (and offers of sale) made by the Guild's members to Kentuckians across all sales platforms / mediums (e.g., Amazon, a member's own website, etc.); and

(4) the impact, if any, of KRS 367.170 and KRS 367.374 on interstate commerce, and the local benefits, if any, that flow from KRS 367.170 and KRS 367.374; and

(5) the investigation(s) underlying this action.

(b) Fact discovery to be commenced and completed prior to expert discovery. Fact discovery to commence on May 17, 2021 and conclude on January 17, 2022.

(c) Interrogatories (number and time to respond). No change from what is allowed and required under the Federal Rules of Civil Procedure.

(d) Requests for admission (number and time to respond). No change from what is allowed and required under the Federal Rules of Civil Procedure.

(e) Depositions (amount). No change from what is allowed and required under the Federal Rules of Civil Procedure.

(f) Depositions (duration). No change from what is allowed and required under the Federal Rules of Civil Procedure.

(g) Expert discovery shall commence on or after January 18, 2022 and conclude on April 18, 2022. The Plaintiff shall produce its expert report(s) by February 18, 2022. The Defendant shall produce its expert report(s) by March 18, 2022.

(h) Supplementations under Rule 26(e). No change from what is allowed or required under the Federal Rules of Civil Procedure.

(i) Claims of privilege or of protection as trial-preparation materials. The parties intend to address claims of privilege or of protection as trial-preparation materials in the ordinary course of discovery.

(j) ESI. The parties do not foresee ESI issues as an impediment to discovery in this case; nevertheless, should ESI issues arise, the parties will address them in the ordinary course of discovery.

(k) Other orders under Rule 26(c) or Rule 16. The Attorney General's Office anticipates that it may seek an order under Rule 26(c) to protect the confidential nature of its price-gouging investigation(s). The parties also anticipate that third-parties from whom discovery is sought, like Amazon or individual Online Merchants Guild members, also may seek or encourage the parties to seek, an order under Rule 26(c) to protect their information.

4. **Other Items**:

(a) At this time, the parties do not believe scheduling conference with the Court is necessary before it issues a scheduling order.

(b) The parties request the following dates for pretrial conferences in this case: September 17, 2021; February 10, 2022; and September 20, 2022.

(c) The deadline for the plaintiff to amend pleadings or to join parties is July 16, 2021 (although due to the currently pending appeal, plaintiff reserves the right to subsequently seek to amend the pleadings or join parties if appellate developments so justify).

(d) The deadline for the defendant to amend pleadings or to join parties is August 16, 2021 (although due to the currently pending appeal, defendant reserves the right to subsequently seek to amend the pleadings or join parties if appellate developments so justify).

(e) The deadline for the parties to file dispositive motions is June 20, 2022.

(f) The parties have been unable to resolve their differences at this time; however, they remain committed to exploring in good faith the possibility of settlement.

(g) At this time, the parties do not believe that any alternative dispute resolution procedure is likely to enhance settlement prospects; however, the parties' views may change as the case progresses.

(h) Deadlines for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists: August 25, 2022.

(i) Final dates to file objections under Rule 26(a)(3): September 26, 2022.

(j) Trial beginning on October 25, 2022. The parties estimate trial will last three days.

(k) Other matters. The parties do not consent to the jurisdiction of a magistrate judge for all further proceedings, including trial.

Date: April 23, 2021

        */s/ Matthew Cocanougher*

        Victor B. Maddox (KY Bar No. 43095)
        *Assistant Deputy Attorney General*
        J. Christian Lewis (KY Bar No. 87109)
        Philip R. Heleringer (KY Bar No. 96748)
        Matthew Cocanougher (KY Bar No. 94292)
        *Office of Consumer Protection*
        Kentucky Office of the Attorney General
        1024 Capital Center Drive, Suite 200
        Frankfort, KY 40601
        Tel: (502) 696-5300
        victor.maddox@ky.gov
        christian.lewis@ky.gov
        philip.heleringer@ky.gov
        matthew.cocanougher@ky.gov
        *Counsel for Defendant Attorney General Daniel Cameron*

Date: April 23, 2021

        */s/ Aaron K. Block (w/permission)*
        Aaron K. Block
        The Block Firm
        404-997-8419
        Aaron@blockfirmllc.com
        *Counsel for Plaintiff Online Merchants Guild*