UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 20-5723

ONLINE MERCHANTS GUILD,

    Plaintiff - Appellee,

v.

DANIEL J. CAMERON, in his official capacity as Attorney General of Kentucky,

    Defendant - Appellant.

**FILED**
Apr 29, 2021
DEBORAH S. HUNT, Clerk

Before: BATCHELDER, MOORE, and BUSH, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Kentucky at Frankfort.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the preliminary injunction is VACATED, and the case is REMANDED to the district court for further proceedings consistent with the opinion of this court.

                              **ENTERED BY ORDER OF THE COURT**

                              Deborah S. Hunt, Clerk