# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 29, 2021

Mr. Aaron K. Block
The Block Firm
4200 Northside Parkway, N.W.
Building 1, Suite 200
Atlanta, GA 30327

Ms. Chantel L. Febus
Ms. Kelly Landers Hawthorne
Proskauer Rose
Eleven Times Square
New York, NY 10036-8299

Mr. Mark A. Gilbert
Deatherage, Myers & Lackey
P.O. Box 1065
Hopkinsville, KY 42240

Ms. Sarah A. Hunger
Office of the Attorney General of Illinois
100 W. Randolph Street, 12th Floor
Chicago, IL 60601

Mr. Matthew Franklin Kuhn
Mr. Victor B. Maddox
Mr. Brett Robert Nolan
Office of the Attorney General of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Mr. Christopher E. Ondeck
Ms. Jennifer Elyse Tarr
Proskauer Rose, 1001 Pennsylvania Avenue, N.W., Suite 600, S.
Washington, DC 20004

Mr. Paul S. Rafelson
Rafelson Schick
2255 Glades Road
Suite 319a
Boca Raton, FL 33431

       Re: Case No. 20-5723, *Online Merchants Guild v. Daniel Cameron*
          Originating Case No. : 3:20-cv-00029

Dear Counsel,

 The court today announced its decision in the above-styled case.

 Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

           Yours very truly,

           Deborah S. Hunt, Clerk


           Cathryn Lovely
           Deputy Clerk

cc: Mr. Robert R. Carr

Enclosures

Mandate to issue.