UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 20-5723

_____

Filed: June 17, 2021

ONLINE MERCHANTS GUILD

    Plaintiff - Appellee

v.

DANIEL J. CAMERON, In his official capacity as Attorney General of Kentucky

    Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 04/29/2021 the mandate for this case hereby issues today.

COSTS:  None