# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 17, 2021

Mr. Robert R. Carr
Eastern District of Kentucky at Frankfort
330 W. Broadway
Suite 313 John C. Watts Federal Building
Frankfort, KY 40601-1992

      Re:  Case No. 20-5723, *Online Merchants Guild v. Daniel Cameron*
         Originating Case No. 3:20-cv-00029

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

                Sincerely,

                s/Gretchen S. Abruzzo, Case Manager for
                Jill Colyer, Case Management Specialist
                Direct Dial No. 513-564-7024

cc:  Mr. Aaron K. Block
   Ms. Chantel L. Febus
   Mr. Mark A. Gilbert
   Ms. Kelly Landers Hawthorne
   Ms. Sarah A. Hunger
   Mr. Matthew Franklin Kuhn
   Mr. Victor B. Maddox
   Mr. Brett Robert Nolan
   Mr. Christopher E. Ondeck
   Mr. Paul S. Rafelson
   Ms. Jennifer Elyse Tarr

Enclosure