UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

*Electronically filed*

| | |
|---|---|
| ONLINE MERCHANTS GUILD,<br><br>   *Plaintiff*<br><br>v.<br><br>DANIEL CAMERON, in his official capacity as ATTORNEY GENERAL OF KENTUCKY,<br><br>   *Defendant* | Civil Action No. 3:20-cv-00029<br>Judge Gregory F. Van Tatenhove |

### THE ATTORNEY GENERAL'S MOTION FOR LEAVE TO FILE AN OVERLENGTH MOTION

The Defendant, Attorney General Daniel Cameron, moves for leave to file the attached Motion for Judgment on the Pleadings (the "Motion") that is 33 pages in length, which exceeds the page limitation set out in LR 7.1(d). The Court should grant this motion for the following reasons:

1. The Complaint raises three separate constitutional claims for relief—under the Dormant Commerce Clause, the Due Process Clause, and the First Amendment—with three separate arguments under the Dormant Commerce Clause alone. The claim under the Due Process Clause likewise contains multiple components: one argument based on personal jurisdiction and one on vagueness. As to that latter component, the Guild has asserted that at least five separate sections of Kentucky's price-gouging laws are unconstitutionally vague. In addition, the Guild has also asserted through briefing in this litigation that the Attorney General has violated the Equal

1

Protection Clause.

2. The Motion addresses all of these arguments and seeks dismissal of all these claims. As a result, the Motion is necessarily comprehensive. Yet, at thirty-three pages, it is still less than 1.5 times the 25-page limit in LR 7.1(d). *Cf. Greene v. IPA/UPS Sys. Bd. of Adjustment*, No. 3:15-CV-00234-TBR, 2016 WL 6884689, at *3 (W.D. Ky. Nov. 21, 2016) (denying leave to file in excess of page limits because the proposed filing exceeded the page limit *by a factor of nine*).

3. By way of comparison, the parties' opening appellate briefs in this case before the Sixth Circuit were primarily concerned with only two issues (standing and the extraterritoriality doctrine under the Dormant Commerce Clause)[1] and those briefs were each appropriately extensive.

4. As a result, given the scope and multi-part complexity of the constitutional claims at issue in this case, the Attorney General submits that his request is reasonable and there is good cause for leave to exceed the page limit. *See Foresight Coal Sales, LLC v. Schmitt*, No. 3:20-cv-21, Dkt. 25 (E.D. Ky. June 6, 2020) (granting request for excess pages because of "complex constitutional and factual issues at play"); *see also Lawson v. Hedgespeth*, No. 117CV00061GNSHBB, 2019 WL 2997392, at *1 (W.D. Ky. July 9, 2019) (finding motion to exceed the page limit was "reasonable" and granting it, in part, because the movant contended that "complicated issues and facts" were at play).

5. Finally, the Attorney General has done his best to condense the Motion, but could not get it under the page limitation established by L.R. 7.1(d). As a result, the Motion is being filed only after making reasonable efforts to comply with the local rules.

For these reasons, the Attorney General respectfully requests that the Court grant this

---

[1] The Guild's brief also addressed other grounds for affirming the injunction (see pages 39 to 49), but the main thrust of the brief was still its standing and extraterritoriality arguments (see pages 1 to 38).

motion and enter the attached proposed order granting leave to file.

Respectfully submitted,

/s/ Philip R. Heleringer
J. Christian Lewis (KY Bar No. 87109)
Philip R. Heleringer (KY Bar No. 96748)
Matthew Cocanougher (KY Bar No. 94292)
*Office of Consumer Protection*
Kentucky Office of the Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
Tel:   (502) 696-5300
christian.lewis@ky.gov
philip.heleringer@ky.gov
matthew.cocanougher@ky.gov
*Counsel for Attorney General Daniel Cameron*

## CERTIFICATE OF SERVICE

I certify that on September 17, 2021, this document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

/s/ Philip R. Heleringer
*Counsel for Attorney General Daniel Cameron*