UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

*Electronically filed*

| | |
|---|---|
| ONLINE MERCHANTS GUILD, *Plaintiff* v. DANIEL CAMERON, in his official capacity as ATTORNEY GENERAL OF KENTUCKY, *Defendant* | Civil Action No. 3:20-cv-00029 Judge Gregory F. Van Tatenhove |

**[PROPOSED] ORDER**

This matter having come before the Court on the Rule 12(c) motion of the defendant, Attorney General Daniel Cameron, for judgment on the pleadings (the "Motion"), and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The complaint (DN 1) filed by the plaintiff, Online Merchants Guild, is hereby **DIMISSED WITH PREJUDICE**. There being no just cause for delay, this is a final and appealable order.

**IT IS SO ORDERED**.