UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

*Electronically filed*

ONLINE MERCHANTS GUILD,

    *Plaintiff*

v.

DANIEL CAMERON, in his official
capacity as ATTORNEY GENERAL
OF KENTUCKY,

    *Defendant*

Civil Action No. 3:20-cv-00029
Judge Gregory F. Van Tatenhove

---

### [PROPOSED] ORDER

---

This matter having come before the Court on the motion of the defendant, Attorney General Daniel Cameron, for leave to file a Motion for Judgment on the Pleadings in excess of the page limitation set out in LR 7.1(d) (the "Leave Motion"), the Court finding that the Leave Motion is justified and good cause exists, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that the Leave Motion is **GRANTED**. The Attorney General's Motion for Judgment on the Pleadings is hereby deemed filed in the record as of the date of entry of this order. The plaintiff, Online Merchants Guild, shall have 21 days from the entry of this Order to file a response to that motion. The reply briefing schedule set out in LR 7.1(c) remains.

**IT IS SO ORDERED**.