UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| ONLINE MERCHANTS GUILD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:20-cv-00029-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| DANIEL CAMERON, in his official capacity as Attorney General of Kentucky, | ) ) ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on Defendant's Motion for Leave to File Excess Pages. [R. 49.] Defendant has submitted a thirty-three-page Motion for Judgment on the Pleadings. [*Id.*] This response is eight pages more than what is permitted by Local Rule 7.1(d) without leave of the Court. [*Id.*]

Defendant makes this request based upon the complexity of the Dormant Commerce Clause, Due Process, and First Amendment, and Equal Protection arguments at issue. [*Id.*] Defendant avers that he has "done his best to condense the Motion," and therefore argues that their motion is being made in good faith. [*Id.*]

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** that Defendant's Motion for Leave to File Excess Pages **[R. 49]** is **GRANTED**.

This the 21st day of September, 2021.

Gregory F. Van Tatenhove
United States District Judge