IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| ONLINE MERCHANTS GUILD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 3:20-cv-00029-GFVT |
| | ) |
| DANIEL CAMERON, in his official capacity as ATTORNEY GENERAL OF KENTUCKY, | ) ) ) |
| | ) |
| Defendant. | ) |

**[Proposed[ ORDER GRANTING THE ONLINE MERCHANTS GUILD'S MOTION FOR VOLUNTARY DISMISSAL**

Before the Court is Plaintiff the Online Merchants Guild's motion for voluntary dismissal. For good cause shown, the Court grants the motion, and denies as moot Defendant Cameron's motion for judgment on the pleadings. This action is dismissed without prejudice, with each side to bear its own costs.

This the __ day of _____, 2021.

_____
Gregory F. Van Tatenhove
United States District Judge