IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| ONLINE MERCHANTS GUILD, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:20-cv-00029-GFVT |
| ) | |
| DANIEL CAMERON, ) | |
| in his official capacity as ) | |
| ATTORNEY GENERAL ) | |
| OF KENTUCKY, ) | |
| ) | |
|     Defendant. ) | |

**The Online Merchants Guild's Response to the Court's May 2, 2022 Order**

Pursuant to the Court's May 2, 2022 Order, the Online Merchants Guild withdraws its opposition to the dismissal of this matter with prejudice. Lest there be doubt about the Guild's commitment to the principles underlying this matter, the Guild stresses that counsel for the Attorney General have ably and professionally addressed, in reasonable measure, certain concerns underlying this case, and the Guild cannot afford to litigate further. Hence, the Guild does not oppose dismissal of its claims with prejudice.

\*\*\*

Respectfully submitted this 10th day of May, 2022.

1

*/s/ Aaron K. Block*
Aaron K. Block
The Block Firm LLC
309 East Paces Ferry Road NE, Suite 400
Georgia Bar No. 508192
404-997-8419
aaron@blockfirmllc.com
*Admitted *pro hac vice*

Paul S. Rafelson
Rafelson Schick, PLLC
2255 Glades Road, Suite 139
Boca Raton, Florida 33431
Florida Bar No. 16958
561-326-6529
paul@frsattorneys.com
*Admitted *pro hac vice*

Mark A. Gilbert
Deatherage, Myers & Lackey, PLLC
701 South Main Street
PO Box 1065
Hopkinsville, Kentucky 42241
270-886-6800
mgilbert@dmlfirm.com

3

## Certificate of Service

I hereby certify that I served the foregoing on counsel for Defendant via email this 10th day of May, 2022.

/s/ Aaron K. Block