UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| ONLINE MERCHANTS GUILD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL CAMERON, *Attorney General of* )<br>*Kentucky*, )<br>)<br>Defendant. )<br>) | Civil No. 3:20-cv-00029-GFVT<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Plaintiff's Motion for Voluntary Dismissal. [R. 52.] This matter arose when the Online Merchants Guild challenged the Kentucky Attorney General's enforcement of emergency price-gouging restrictions affecting its members, who sell goods through Amazon. [*See* R. 1.] The Court granted the Guild a preliminary injunction preventing the Attorney General from enforcing those statutes. [R. 36.] That injunction was later vacated by the Sixth Circuit. [R. 46.] The Defendant then filed a Motion for Judgment on the Pleadings, and the Plaintiff responded by moving for voluntary dismissal without prejudice. [R. 51; R. 52.]

The Defendant opposed dismissal without prejudice and instead asked the Court to dismiss the case with prejudice or resolve its Motion for Judgment on the Pleadings. [R. 53 at 14.] The Court found that, though the Plaintiff requested dismissal without prejudice, there may be grounds to dismiss it with prejudice under *United States v. One Tract of Real Property.* 95 F.3d 422, 425-26 (6th Cir. 1996); [R. 54]. Accordingly, it granted the Plaintiff the notice required by *Mich. Surgery Inv., LLC v. Arman* and allowed it fourteen days to show cause as to

why the case should not be dismissed with prejudice. 627 F.3d 572, 575 (6th Cir. 2010); [R. 54]. In response, the Plaintiff indicated it no longer objected to dismissal without prejudice because it can no longer afford litigation and the Defendant "ably and professionally addressed" the underlying concerns. [R. 55.]

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Plaintiff's Motion to Dismiss **[R. 52]** is **GRANTED**;
2. All claims in this matter by Plaintiff Online Merchants Guild against Defendant Daniel Cameron, shall be, and hereby are, **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees;
3. This matter is hereby **STRICKEN** from the Court's active docket, and;
4. The Defendant's Motion for Judgment on the Pleadings **[R. 51]** is **DENIED AS MOOT**.

This the 19th day of May, 2022.

Gregory F. Van Tatenhove
United States District Judge